Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALAN W. GUIMONT, <br> Defendant. | NO. CR 05-5630FDB <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |

Upon the stipulation of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in the stipulated motion of the parties, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 23, 2006. The period of delay resulting from this continuance from October 31, 2005, to the new trial date of January 23, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

ORDER GRANTING STIPULATED MTN TO CONTINUE
U.S. v. Guimont, CR05-5630FDB - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

IT IS FURTHER ORDERED that the pretrial motions due date be extended to November 14, 2005.

DATED this 3rd day of October, 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Linda Sullivan   *
LINDA SULLIVAN
Attorney for Defendant
Alan W. Guimont
*telephonic approval


s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING STIPULATED MTN TO CONTINUE
U.S. v. Guimont, CR05-5630FDB - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970