JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 05-5630FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING **UNOPPOSED** MOTION TO CONTINUE TRIAL DATE |
| vs. | ) | |
| ALAN GUIMONT, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the Defendant to continue the trial date in the above-captioned case, and based upon the reasons set forth in Defendant's unopposed motion, which the Court adopts and incorporates by reference, the Court finds that such a continuance would serve the ends of justice, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued from January 23, 2006 to March 13, 2006.

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                1

1  The period of delay resulting from this continuance from January 23, 2006 up to and
2  including the new trial date of March 13, 2006 is hereby excluded for speedy trial
3  purposes under 18 U.S.C. §3161(h)(8)(A) and (B).
4     DONE this 9th day of December, 2005.

      /s/ Franklin D Burgess
      FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____
Linda R. Sullivan
Attorney for Defendant

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE         2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**