JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5630FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING AMENDED **UNOPPOSED** MOTION TO CONTINUE TRIAL DATE |
| ALAN GUIMONT, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of Defendant to continue the trial date in the above-captioned case, and based upon the reasons set forth in Defendant's motion, which the Court adopts and incorporates by reference, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS HEREBY ORDERED that the trial date is continued from March 13, 2006 to May 15, 2006.

//

ORDER GRANTING AMENDED UNOPPOSED
MOTION TO CONTINUE TRIAL DATE        1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

The period of delay resulting from this continuance from March 13, 2006, up to and including the new trial date of May 15, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 14th day of February, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____

Linda R. Sullivan

Attorney for Defendant

ORDER GRANTING AMENDED UNOPPOSED
MOTION TO CONTINUE TRIAL DATE         2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**